IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–26–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER ANTHONY WILLIS, | |
| Defendant. | |

The United States moves to dismiss the indictment in this case without prejudice, and Defendant Christopher Anthony Willis does not oppose the motion. (Doc. 16.)

IT IS ORDERED that the motion (Doc. 16) is GRANTED.  The indictment in this matter is DISMISSED without prejudice.

IT IS FURTHER ORDERED that trial and all associated deadlines are VACATED, and all pending motions are DENIED as moot.

DATED this 18th day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

1